JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-7737 JGB (BFMx) | Date | November 21, 2025 |
|---|---|---|---|
| Title | *John Doe v. John Doe, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On August 18, 2025, pro se Plaintiff John Doe ("Plaintiff") filed a complaint against several John Doe Defendants. ("Complaint," Dkt. No. 1.) On the same day, Plaintiff filed a motion for leave to proceed in forma pauperis. ("IFP Request," Dkt. No. 3.) On October 14, 2025, the Court found that Plaintiff had failed to state a claim upon which relief may be granted, denied Plaintiff's IFP Request, and ordered that Plaintiff, within 30 days, pay the full filing fee and file a First Amended Complaint. ("IFP Order," Dkt. No. 6.) The IFP Order warned Plaintiff that failure to timely pay the filing fee would result in dismissal without prejudice of his Complaint. (Id.)

As of the date of this Order, Plaintiff has not paid the filing fee nor filed a First Amended Complaint. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is directed to close the case.

**IT IS SO ORDERED.**